## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Lawler, Kevin T<br>Williams, Monica N<br>Debtors | § § § § | Case No. 07 B 22212 |
|---|---|---|---|

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/27/2007.

2) The plan was confirmed on 02/25/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/18/2011.

5) The case was dismissed on 05/23/2011.

6) Number of months from filing or conversion to last payment: 37.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $36,300.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $17,869.28 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $17,869.28

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,501.50 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,098.29 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,599.79

Attorney fees paid and disclosed by debtor $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Capital One Auto Finance | Secured | $12,832.00 | $12,832.00 | $12,832.00 | $10,425.00 | $0 |
| Cook County Treasurer | Secured | $1,542.00 | $1,542.00 | $1,542.00 | $0 | $0 |
| National City Mortgage Co | Secured | $4,631.00 | $4,630.30 | $4,630.30 | $2,544.49 | $0 |
| National City Mortgage Co | Secured | $123,184.00 | $121,355.42 | $121,355.42 | $0 | $0 |
| Nuvell Credit Company LLC | Secured | $16,469.00 | $17,585.40 | $17,585.40 | $300.00 | $0 |
| RoundUp Funding LLC | Secured | NA | $13,745.85 | $13,745.85 | $0 | $0 |
| Account Management Service | Unsecured | $1,440.79 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $565.00 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $303.00 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $86.00 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $249.00 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $231.00 | NA | NA | $0 | $0 |
| Account Recovery Service | Unsecured | $1,672.00 | NA | NA | $0 | $0 |
| American Baby Magazine | Unsecured | $8.00 | NA | NA | $0 | $0 |
| American Medical Security | Unsecured | $263.00 | NA | NA | $0 | $0 |
| American Medical Security | Unsecured | $1,700.00 | NA | NA | $0 | $0 |
| American Medical Security | Unsecured | $55.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Medical Security | Unsecured | $1,802.16 | NA | NA | $0 | $0 |
| American Medical Security | Unsecured | $250.00 | NA | NA | $0 | $0 |
| American Medical Security | Unsecured | $15.00 | NA | NA | $0 | $0 |
| American Medical Security | Unsecured | $75.50 | NA | NA | $0 | $0 |
| American Medical Security | Unsecured | $2,140.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $1,090.00 | NA | NA | $0 | $0 |
| Capital One Auto Finance | Unsecured | NA | $350.73 | $350.73 | $0 | $0 |
| CB Accounts | Unsecured | $894.00 | NA | NA | $0 | $0 |
| CB USA | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Certified Recovery | Unsecured | $600.00 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | $0 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $506.49 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $91.20 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $1,913.00 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $631.40 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $2,025.91 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $59.18 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $3,136.80 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $336.66 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $132.75 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $68.40 | $68.40 | $68.40 | $0 | $0 |
| Consultants In Pathology | Unsecured | $19.02 | NA | NA | $0 | $0 |
| Consultants In Pathology | Unsecured | $31.70 | NA | NA | $0 | $0 |
| Corning Federal Credit Union | Unsecured | $5,491.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $215.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $123.00 | NA | NA | $0 | $0 |
| Diversified Adjustment Service | Unsecured | $51.00 | NA | NA | $0 | $0 |
| FCO Financial Systems | Unsecured | $784.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,394.77 | $1,394.77 | $1,394.77 | $0 | $0 |
| Kameswari Kalluri | Unsecured | $515.00 | NA | NA | $0 | $0 |
| Kameswari Kalluri | Unsecured | $655.00 | NA | NA | $0 | $0 |
| Kameswari Kalluri | Unsecured | $165.00 | NA | NA | $0 | $0 |
| Krishnaveni Gorantla, M D | Unsecured | $315.00 | NA | NA | $0 | $0 |
| Krishnaveni Gorantla, M D | Unsecured | $786.75 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | $127.00 | NA | NA | $0 | $0 |
| Midwest Neoped Association | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Midwest Neoped Association | Unsecured | $132.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midwest Security Services | Unsecured | $224.50 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $110.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $82.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $778.88 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $40.89 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $95.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $23.47 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $8.84 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $164.50 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $271.50 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $85.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $7.87 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $299.95 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $46.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $161.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $535.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $22.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $405.00 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $711.83 | NA | NA | $0 | $0 |
| Midwest Security Services | Unsecured | $140.00 | NA | NA | $0 | $0 |
| Millenium Credit Consultants | Unsecured | $412.18 | NA | NA | $0 | $0 |
| Munster Med, Research Fountain | Unsecured | $128.00 | $119.15 | $119.15 | $0 | $0 |
| Munster Radiology Group | Unsecured | $128.00 | $128.00 | $128.00 | $0 | $0 |
| Mutual Hospital Services | Unsecured | $2,494.23 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $810.00 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $1,053.44 | NA | NA | $0 | $0 |
| Mutual Hospital Services | Unsecured | $3,190.18 | $3,533.46 | $3,533.46 | $0 | $0 |
| NCO Financial Systems | Unsecured | $438.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $118.00 | $199.09 | $199.09 | $0 | $0 |
| Northwest Collectors | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Nuvell Credit Company LLC | Unsecured | NA | $0 | $0 | $0 | $0 |
| Pankai Patwari | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Pankai Patwari | Unsecured | $335.00 | NA | NA | $0 | $0 |
| Parents Magazine | Unsecured | $12.00 | NA | NA | $0 | $0 |
| Park Dansan | Unsecured | $126.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Pathology Solutions | Unsecured | $25.00 | NA | NA | $0 | $0 |
| S Damon Paul Md | Unsecured | $50.00 | NA | NA | $0 | $0 |
| St James Hospital | Unsecured | $487.80 | NA | NA | $0 | $0 |
| Student Loan Corp | Unsecured | $13,702.00 | $16,677.75 | $16,677.75 | $0 | $0 |
| Transworld Systems Inc | Unsecured | $370.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $141.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $13,244.00 | $12,672.76 | $12,672.76 | $0 | $0 |
| United States Dept Of Education | Unsecured | $0 | NA | NA | $0 | $0 |
| Well Group Health Partners | Unsecured | $1,285.30 | NA | NA | $0 | $0 |
| Wellgroup Health Partners | Unsecured | $999.96 | $999.96 | $999.96 | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $121,355.42 | $0 | $0 |
| Mortgage Arrearage | $4,630.30 | $2,544.49 | $0 |
| Debt Secured by Vehicle | $44,163.25 | $10,725.00 | $0 |
| All Other Secured | $30,892.51 | $0 | $0 |
| **TOTAL SECURED:** | $201,041.48 | $13,269.49 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $6,793.56 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,599.79 |
| Disbursements to Creditors | $13,269.49 |
| **TOTAL DISBURSEMENTS:** | $17,869.28 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 5, 2011              By: /s/ MARILYN O. MARSHALL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.